IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | | |
| ISAAC A. OLUWAFEMI<br>　　Debtor, | * <br> * <br> * | Case No. 12-15518-RAG |
| * * * * * * * | * | * * * * * * |
| ISAAC A. OLUWAFEMI<br>　　Plaintiff, | * <br><br> * | Adv. Pro. No. 12-00568 |
| v. | | |
| CAPITAL ONE BANK, NA<br>　　Defendant, | * <br><br> * | |
| And | | |
| CHARLES R. GOLDSTEIN<br>　　Chapter 7 Trustee. | * | |
| * * * * * * * | * | * * * * * * |

## CERTIFICATE OF SERVICE

I, Jonathan P. Morgan, hereby certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on August 27, 2012, I served by first class mail, postage prepaid, copies of the Summons and Notice of Pre-Trial Conference and the Complaint for Recovery of Preferential Transfers and for Damages from Violation of Automatic Stay to:

Christine Johnson
Protas, Spivok, & Collins, LLC
4330 East West Highway
Suite 900
Bethesda, MD 20814

And through certified mail to:

Richard Fairbank, CEO
Capital One Bank, NA
1680 Capital One Drive
McLean, VA 22102
United States

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　**MORGAN ROSE, LLC**


　　　　　　　　　　/s/ Jonathan P. Morgan
　　　　　　　　　　Jonathan P. Morgan
　　　　　　　　　　414 Hungerford Drive, Suite 252
　　　　　　　　　　Rockville, MD  20850